[No. 17235-6-II.    Division Two.    May 3, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL J. CLEMENTS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 93-1-00173-6, M. Karlyn Haberly, J., entered June 11, 1993. *Reversed* and *remanded* by unpublished opinion per Fleisher, J., concurred in by Houghton, A.C.J., and Bridgewater, J.

[No. 15499-4-II.    Division Two.    May 3, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. R.A., *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. J14692, Richard D. Hicks, J. Pro Tem., entered June 24, 1991. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton, A.C.J., and Worswick, J. Pro Tem.

[Nos. 16300-4-II; 17363-8-II.    Division Two.    May 3, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES ALVIN WESCOTT, *Appellant*.

Appeals from judgments of the Superior Court for Pierce County, No. 91-1-04045-3, J. Kelley Arnold, J., entered July 23, 1992 and June 7, 1993. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Worswick, J. Pro Tem., Morgan, J., concurring in the result.

[No. 13873-9-III.    Division Three.    May 4, 1995.]

THE STATE OF WASHINGTON, *Appellant*, v. JEAN MARIE FATTU, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 92-1-01933-8, Thomas E. Merryman, J., entered